AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTONIO TEREZ GRAHAM,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cr-00065
4:25-cv-00020

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated March 7, 2025, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Antonio Terez Graham's Motion, construed as a 28 U.S.C. § 2255 motion, is dismissed. The Court denies the issuance of a Certificate of Appealability and in forma pauperis status on appeal. This case stands closed.



| | |
|---|---|
| 3/7/2025 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *Ann Duke* |
| | (By) Ann Duke, Deputy Clerk |

GAS Rev 10/2020